AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LEVI JEROME MARSHALL, JR.,

    Petitioner,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: 4:22-cv-220

WARDEN PHILL HALL,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 24, 2022, adopting the Report and Recommention of the Magistrate Judge as the opinion of the Court. Petitioner's Petition for Writ of Habeas Corpus is dismissed.  Further, the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue and in forma pauperis status on appeal is likewise denied.  This case stands closed.

Approved by: _____



October 31, 2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
(By) Deputy Clerk

GAS Rev 10/2020